1 | John R. Manning
Attorney at Law
2 | 1111 H Street, Suite 204
Sacramento, California 95814
3 | Telephone: (916) 444-3994
Email: jmanninglaw@yahoo.com

Attorney for Defendant
NAVPREET SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10 CR 0347-05 MCE |
| ) Plaintiff, ) | |
| ) | Stipulation and Order |
| ) | Modifying Conditions of Release |
| vs. ) | |
| ) | |
| NAVPREET SINGH, ) | |
| ) | |
| Defendant. ) | |

    Navpreet Singh, by and through his attorney, John R. Manning, and the United States of America, by and through its counsel, Todd D. Leras, and Pretrial Services Officer Renee Basurto, hereby jointly agree and stipulate to amend defendant's conditions of release. The modification stipulated to herein is requested in light of Mr. Singh's two positive tests for marijuana (and several negative tests) .

    Therefore, condition number 14 shall be added to the defendant's conditions of release, and read:

    (14) You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

    Accordingly, all parties and Mr. Singh agree with the above modifications.

///

///

///

Dated: October 25, 2011                Respectfully submitted,

                                       /s/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Navpreet Singh

                                       /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 26, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE