JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10 CR 347 MCE-5 |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER |
| v. | ) | EXONERATING BOND |
| | ) | |
| NAVPREET SINGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On February 23, 2012, the defendant in the above captioned matter was taken into custody. Defendant previously posted a $100,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: February 23, 2012        /s/ John R. Manning
                                Attorney for Defendant
                                Navpreet Singh

    IT IS SO ORDERED.

DATED: February 23, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1:crim
Singh0347.ord

1