JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DISHAN PERERA et al.,<br><br>Defendants. | No. CR-S-10-347 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE<br><br>Date: April 12, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine, Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq., counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Mark Waecker, Esq., counsel for defendant Navjot Singh, Mark J. Reichel, Esq., and counsel for defendant Torey Moore, Shari Rusk, Esq., that the status conference presently set for February 23, 2012 be **continued to April 12, 2012, at 9:00 a.m.**, thus **vacating** the presently set status conference.

1

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 21, 2012, to and including April 12, 2012. This is based on the complexity of the case; including voluminous discovery and the fact there are eleven co-defendants. The defense requests more time to review discovery, conduct investigation and engage in negotiations with the government.

IT IS SO STIPULATED

Dated: February 21, 2012         /s/ Alan Baum
                                 ALAN BAUM
                                 Attorney for Defendant
                                 Dishan Perera

Dated: February 21, 2012         /s/ Michael L. Chastaine
                                 MICHAEL L. CHASTAINE
                                 Attorney for Defendant
                                 Jeremy Gachago

Dated: February 21, 2012         /s/ Christopher R. Cosca
                                 CHRISTOPHER R. COSCA
                                 Attorney for Defendant
                                 Ramiro Garcia

Dated: February 21, 2012         /s/ Christopher Haydn-Myer
                                 CHRISTOPHER HAYDN-MYER
                                 Attorney for Defendant
                                 Love Deep Singh Sidhu

Dated: February 21, 2012         /s/ Olaf W. Hedberg
                                 OLAF W. HEDBERG
                                 Attorney for Defendant
                                 Leonard Woodfork

Dated: February 21, 2012         /s/ Dan F. Koukol
                                 DAN F. KOUKOL
                                 Attorney for Defendant
                                 Jason Cavileer

| | |
|---|---|
| Dated: February 21, 2012 | /s/ Michael D. Long |
| | MICHAEL D. LONG |
| | Attorney for Defendant |
| | Michael Tran |
| Dated: February 21, 2012 | /s/ John R. Manning |
| | JOHN R. MANNING |
| | Attorney for Defendant |
| | Navpreet Singh |
| Dated: February 21, 2012 | /s/ Mark Waecker |
| | MARK WAECKER |
| | Attorney for Defendant |
| | Imesh Perera |
| Dated: February 21, 2012 | /s/ Shari Rusk |
| | SHARI RUSK |
| | Attorney for Defendant |
| | Torey Moore |
| Dated: February 21, 2012 | /s/ Mark J. Reichel |
| | MARK J. REICHEL |
| | Attorney for Defendant |
| | Navjot Singh |
| Dated: February 21, 2012 | Benjamin B. Wagner |
| | United States Attorney |
| | by: /s/ Todd D. Leras |
| | TODD D. LERAS |
| | Assistant United States Attorney |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the February 23, 2012 status conference be continued to April 12, 2012 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 12, 2012.

IT IS SO ORDERED.
Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE