The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net



FILED

MAR 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

LEONARD WOODFORK

Case Number: 10-CR-347 MCE DAD

STIPULATION AND [PROPOSED] ORDER]

DATE: 3/29/12
TIME: TBA
DEPT: Hon. Dale A. Drozd

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for that the Court's previously issued Pretrial Release Order be altered to eliminate Conditions of Release 13, 14 and 15[1].

---

[1] A copy of defendant's Conditions of Release have been included with this stipulation as Exhibit 1.

1

Both parties have been contacted by Pretrial Services Officer Beth Baker who has indicated that defendant Woodfork's elimination of the electronic monitoring is appropriate at this time (nos. 14 & 15). Further, she has related that since defendant Woodfork has completed his obligation to Placer County the reporting requirement (no. 13) is now moot.

Respectfully submitted,
Dated March 28, 2012
by /s/ Olaf W. Hedberg
Olaf W. Hedberg, Esq.
Attorney for Leonard Woodfork


Dated: March 28, 2012
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Todd Leras
Todd Leras
Assistant United States Attorney

## ORDER

Defendant Leonard Patrick Woodfork's Conditions of Release in case 10-CR-347 MCE be altered and conditions 13, 14 and 15 be deleted.

**IT IS SO ORDERED**

Dated: 3/29/12

Hon. Dale A. Drozd
United States Magistrate Court Judge

2

## CONDITIONS OF RELEASE

**RE: Woodfork, Leonard**
**Docket No: 2:10-CR-0347-MCE**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the United States Attorney's Office;

5. Your travel is restricted to the Eastern District of California without prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall seek and/or maintain employment or enroll in an approved educational program and provide proof of same as requested by your pretrial services officer;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall not apply for any passports or travel documents during the pendency of this case;

12. You shall not associate or have any contact with the co-defendants in this case, unless in the presence of defense counsel;

13. You shall report to the Placer County Probation Department on the first business day following your release from federal custody and complete your jail sentence at the Placer County Jail as directed. You shall report to the Pretrial Services Office on the first working day following your release from the Placer County Jail;

14. Upon completion of your Placer County Jail Sentence, you shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring, and will be installed on the first working day following your release from the Placer County Jail.

   **CURFEW: You are subject to a curfew as directed by the pretrial services officer.**

15. Upon completion of your Placer County Jail Sentence, you shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company; and,

16. You are released to the third-party custody of your mother, Katrina Williams.

September 21, 2010

_____

_____