JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DISHAN PERERA et al.,

    Defendants.

No. CR-S-10-347 MCE

STIPULATION AND ORDER
CONTINUING STATUS CONFERNCE

Date: May 31, 2012
Time: 10:00 a.m.
Judge: Hon. Morrison C. England, Jr.

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine, Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq., counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Mark Waecker, Esq., counsel for defendant Navjot Singh, Mark J. Reichel, Esq., and counsel for defendant Torey Moore, Shari Rusk, Esq., that the status conference presently set for April 9, 2012 be **continued to May 31, 2012, at 10:00 a.m.**, thus **vacating** the presently set status conference.

1

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 5, 2012, to and including May 31, 2012. This is based on the complexity of the case; including voluminous discovery and the fact there are eleven co-defendants. The defense requests more time to review discovery, conduct investigation and engage in negotiations with the government.

IT IS SO STIPULATED

Dated: April 4, 2012 /s/ Alan Baum
ALAN BAUM
Attorney for Defendant
Dishan Perera

Dated: April 4, 2012 /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Jeremy Gachago

Dated: April 4, 2012 /s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Ramiro Garcia

Dated: April 4, 2012 /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Love Deep Singh Sidhu

Dated: April 4, 2012 /s/ Olaf W. Hedberg
OLAF W. HEDBERG
Attorney for Defendant
Leonard Woodfork

Dated: April 4, 2012 /s/ Dan F. Koukol
DAN F. KOUKOL
Attorney for Defendant
Jason Cavileer

| | |
|---|---|
| Dated: April 4, 2012 | /s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Defendant<br>Michael Tran |
| Dated: April 4, 2012 | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Navpreet Singh |
| Dated: April 4, 2012 | /s/ Mark Waicker<br>MARK WAECKER<br>Attorney for Defendant<br>Imesh Perera |
| Dated: April 4, 2012 | /s/ Shari Rusk<br>SHARI RUSK<br>Attorney for Defendant<br>Torey Moore |
| Dated: April 4, 2012 | /s/ Mark J. Reichel<br>MARK J. REICHEL<br>Attorney for Defendant<br>Navjot Singh |
| Dated: April 5, 2012 | Benjamin B. Wagner<br>United States Attorney<br><br>by: /s/ Todd D. Leras<br>TODD D. LERAS<br>Assistant United States Attorney |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 5, 2012, to and including May 31, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 9, 2012, status conference shall be continued until May 31, 2012, at 10:00 a.m.

IT IS SO ORDERED.

April 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE