1  Mark Waecker (SBN# 81375)
   LAW OFFICES OF MARK WAECKER
2  300 South Grand Avenue, 24th Floor,
   Los Angeles, CA  90071
3  Telephone (213) 955-4500
   Fax (213) 955-4560
4  Email: mark@waeckerlaw.com
   Attorney for Defendant
5  IMESH PERERA

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )   Case No.  **2:10-cr-00347-MCE**
                                      )
11             Plaintiff,             )
       vs.                            )
12                                    )   **STIPULATION AND ORDER TO**
   DISHAN PERERA, et al.              )   **CONTINUE STATUS CONFERENCE**
13                                    )
                                      )   **Court:  Hon. Morrison C. England**
14             Defendant.             )   **Time:  9:00 a.m.**
                                      )   **Date:  May 16, 2013**
15 _____)

16        Defendant Imesh Perera, by and through their undersigned counsel and the United States

17 Government, by and through Assistant United States Attorney Todd Leras, hereby agree and

18 stipulate that the status conference previously scheduled for May 16, 2013 be continued until

19 June 27, 2013.  The defendant is charged in a five count indictment alleging violations of 21

20 U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to

21 distribute methamphetamine. The government has previously provided a Plea Agreement to the

22 defendant.  It includes a factual basis stretching over a period of more than one year and

23 involving numerous intercepted telephone conversations.  The defense has requested the

24 government provide some additional information clarifying relevant aspects as to some of the

25 incidents mentioned in the factual basis.  The government has recently provided this information

26 and the defense needs additional time to review the materials.   The parties therefore agree that

27

28
                                       - 1 -

additional time is needed to finalize the terms of the resolution.  Therefore, the parties request a status conference date of June 27, 2013 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for defense preparation and under local code T4.

Dated:  May 13, 2013

Respectfully submitted,
LAW OFFICES OF MARK WAECKER

_____/s/  Mark Waecker_____
Mark Waecker, Esq.
Attorney for Defendant,
IMESH PERERA

Dated:  May 13, 2013

_____/s/__Todd Leras_____
Todd Leras
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

## **ORDER**

IT IS SO ORDERED.  The Court finds excludable time through June 27, 2013 based on Local Code T4, giving counsel reasonable time to prepare. The status conference in this matter is accordingly continued from May 16, 2013 to June 27, 2013 at 9:00 a.m. in Courtroom No. 7. The Court finds that the ends of justice served by granting this continuance outweigh the interest of the defendant and the public to a speedy trial.

DATED:  May 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT