BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DISHAN PERERA, LEONARD<br>WOODFORK, NAVPREET SINGH,<br>LOVEDEEP SIDHU, NAVJOT SINGH,<br>JASON CAVILEER, RAMIRO<br>GARCIA, and TOREY MOORE,<br><br>        Defendants. | CR. 2:10-cr-0347 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dwight Samuel on behalf of Dishan Perera, Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney John Virga on behalf of Navpreet Singh, Attorney Christopher Haydn-Myer on behalf of Lovedeep Sidhu, Attorney Mark Reichel on behalf of Navjot Singh, Attorney Dan Koukol on behalf of Jason Cavileer, Attorney Shari Rusk on behalf of Torey Moore, and Attorney Christopher Cosca on behalf of Ramiro Garcia, that the

1

status conference scheduled for June 27, 2013, be continued to August 8, 2013, at 9:00 a.m.

The government has provided written Plea Agreements proposing resolution of this matter to all but two of the remaining defendants in this case. The government is presently preparing resolution proposals for the final two defendants.

This case stems from a wiretap investigation and the discovery is voluminous. The parties are reviewing that discovery in light of the proposed and prospective resolution proposals. One of the purposes of this review is to determine whether any disputes as to estimated guideline calculations can be resolved. This process includes the sharing of some defense investigation information with the government. Both sides of the case are also conducting further follow up investigation. This investigation impacts the potential sentencing guidelines applicable to each of the alleged participants in the charged conspiracies.

Given the voluminous discovery, including telephone calls intercepted during the course of three successive rounds of wiretaps, counsel requires additional preparation time to advise their respective clients of the appropriate course of action regarding the resolution proposals. The parties therefore request to continue the status conference to August 8, 2013.

For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). Defense counsel have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

```
 1   DATED: June 25, 2013          By: /s/ Todd D. Leras
                                       TODD D. LERAS
 2                                     Assistant U.S. Attorney

 3
     DATED: June 25, 2013          By: /s/ Todd D. Leras for
 4                                     DWIGHT SAMUEL
                                       Attorney for Defendant
 5                                     DISHAN PERERA

 6
     DATED: June 25, 2013          By: /s/ Todd D. Leras for
 7                                     OLAF HEDBERG
                                       Attorney for Defendant LEONARD
 8                                     WOODFORK

 9
     DATED: June 25, 2013          By: /s/ Todd D. Leras for
10                                     JOHN VIRGA
                                       Attorney for Defendant
11                                     NAVPREET SINGH

12
     DATED: June 25, 2013          By: /s/ Todd D. Leras for
13                                     CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
14                                     LOVEDEEP SIDHU

15
     DATED: June 25, 2013          By: /s/ Todd D. Leras for
16                                     MARK REICHEL
                                       Attorney for Defendant
17                                     NAVJOT SINGH

18   DATED: June 25, 2013          By: /s/ Todd D. Leras for
                                       DAN KOUKOL
19                                     Attorney for Defendant
                                       JASON CAVILEER
20

21   DATED: June 25, 2013          By: /s/ Todd D. Leras for
                                       CHRISTOPHER COSCA
22                                     Attorney for Defendant
                                       RAMIRO GARCIA
23
     DATED: June 25, 2013          By: /s/ Todd D. Leras for
24                                     SHARI L. RUSK
                                       Attorney for Defendant
25                                     TOREY MOORE

26

27

28

                                   3
```

**IT IS HEREBY ORDERED:**

1.    A status conference in this matter is set for August 8, 2013, at 9:00 a.m.;

2.    Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including August 8, 2013.

IT IS SO ORDERED

Date: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT