1  Mark Waecker (SBN# 81375)
   LAW OFFICES OF MARK WAECKER
2  300 South Grand Avenue, 24th Floor,
   Los Angeles, CA 90071
3  Telephone (213) 955-4500
   Fax (213) 955-4560
4  Email: mark@waeckerlaw.com
   Attorney for Defendant
5  IMESH PERERA

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,              )   Case No.  **2:10-cr-00347-MCE**
                                           )
11               Plaintiff,                )
           vs.                             )
12                                         )   **STIPULATION AND ORDER TO**
    DISHAN PERERA, et al.                  )   **CONTINUE STATUS CONFERENCE**
13                                         )
                                           )   **Court:  Hon. Morrison C. England**
14               Defendant.                )   **Time:  9:00 a.m.**
                                           )   **Date:  June 27, 2013**
15  _____)

16         Defendant Imesh Perera, by and through their undersigned counsel and the United States

17  Government, by and through Assistant United States Attorney Todd Leras, hereby agree and

18  stipulate that the status conference previously scheduled for June 27, 2013 be continued until

19  August 8, 2013.  The defendant is charged in a five count indictment alleging violations of 21

20  U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to

21  distribute methamphetamine. The government has previously provided a Plea Agreement to the

22

23  defendant.  It includes a factual basis stretching over a period of more than one year and

24  involving numerous intercepted telephone conversations.  The defense has requested the

25  government provide some additional information clarifying relevant aspects as to some of the

26  incidents mentioned in the factual basis.  The government has recently provided this information

27  and the defense needs additional time to review the materials.   The parties therefore agree that

28

                                            - 1-

1   additional time is needed to finalize the terms of the resolution.  Therefore, the parties request a

2   status conference date of August 8, 2013 and that date is available with the Court.

3          The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for

4   defense preparation and under local code T4.

5   Dated:  June 21, 2013

6                                              Respectfully submitted,
                                               LAW OFFICES OF MARK WAECKER
7

8                                              _____/s/_Mark Waecker_____
                                               Mark Waecker, Esq.
9                                              Attorney for Defendant,
                                               IMESH PERERA
10  Dated:  June 21, 2013

11                                             _____/s/__Todd Leras_____
12                                             Todd Leras
                                               Assistant United States Attorney
13                                             Attorney for Plaintiff
                                               UNITED STATES OF AMERICA
14

15                                       **ORDER**

16
           Good cause having been shown, it is hereby ordered that the status conference currently
17
    scheduled for June 27, 2013, is continued to August 8, at 9:00 a.m.  Based on the representation
18
19  of the parties, the Court finds that the ends of justice served by granting the continuance

20  outweigh the best interest of the public and the defendant in a speedy trial.  Time under the

21  Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up

22  to and including August 8, 2013.

23         IT IS SO ORDERED.

24  Dated:  June 27, 2013
25

26

27  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
28  UNITED STATES DISTRICT COURT