1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD LERAS
    501 I Street, Suite 10-100
3   Sacramento, CA  95814
    (916) 554-2700
4   (916) 554-2900 FAX

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) CASE NO. CR S 2:10-0347 LKK
                                     )
12                     Plaintiff,    ) **ORDER CONTINUING STATUS**
                                     ) **CONFERENCE**
13  v.                               )
                                     )
14                                   )
    DISHAN PERERA, IMESH PERRERA,    )
15  LEONARD WOODFORK,                )
    LOVEDEEP SIDHU, NAVJOT SINGH,    )
16  JASON CAVILEER, RAMIRO GARCIA,   )
    AND TORREY MOORE,                )
17                                   )
                       Defendants    )
18  _____ )

19

20       IT IS HEREBY STIPULATED between Plaintiff United States of

21  America, by and through Assistant United States Attorney Todd D.

22  Leras, and Attorney Dwight Samuel on behalf of Dishan Perera,

23  Attorney Mark Waeker on behalf of Imesh Perera, Attorney Olaf

24  Hedberg on behalf of Leonard Woodfork, Attorney Christopher

25  Haydn-Myer on behalf of Lovedeep Sidhu, Attorney Mark Reichel on

26  behalf of Navjot Singh, Attorney Dan Koukol on behalf of Jason

27  Cavileer, Attorney Shari Rusk on behalf of Torey Moore, and

28  Attorney Christopher Cosca on behalf of Ramiro Garcia, that the

                                    1

1  status conference scheduled for September 26, 2013, be continued
2  to December 5, 2013, at 9:00 a.m.

3      This case stems from a wiretap investigation and the
4  discovery is voluminous. The parties are reviewing that
5  discovery in light of the proposed and prospective resolution
6  proposals. The government has provided written Plea Agreements
7  proposing resolution of this matter to all but two of the
8  remaining defendants in this case. Several of the defendants
9  have potential immigration consequences as a result of the
10  proposed resolution. Counsel for these defendants need
11  additional time to consult with immigration counsel and the
12  government about these matters. Counsel for several of the other
13  defendants are engaging in continued investigation related to the
14  potential guidelines applicable in the event the case proceeds to
15  trial or is resolved through negotiation.

16      Given the voluminous discovery, including telephone calls
17  intercepted during the course of three successive rounds of
18  wiretaps, counsel requires additional preparation time to advise
19  their respective clients of the appropriate course of action
20  regarding the resolution proposals. The parties therefore
21  request to continue the status conference to December 5, 2013.

22      For the above-stated reasons, the parties stipulate that
23  time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code
24  T4 (reasonable time to prepare and continuity of counsel).
25  ///
26  ///
27  ///
28  ///

Defense counsel have authorized Assistant U.S. Attorney Todd D.
Leras to sign this stipulation on their behalf following a review
of its contents.

DATED: September 20, 2013        By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 DWIGHT SAMUEL
                                 Attorney for Defendant
                                 DISHAN PERERA

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 OLAF HEDBERG
                                 Attorney for Defendant LEONARD
                                 WOODFORK

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 MARK WAEKER
                                 Attorney for Defendant
                                 IMESH PERERA

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 CHRISTOPHER HAYDN-MYER
                                 Attorney for Defendant
                                 LOVEDEEP SIDHU

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 MARK REICHEL
                                 Attorney for Defendant
                                 NAVJOT SINGH

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 DAN KOUKOL
                                 Attorney for Defendant
                                 JASON CAVILEER

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 CHRISTOPHER COSCA
                                 Attorney for Defendant
                                 RAMIRO GARCIA

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 SHARI L. RUSK
                                 Attorney for Defendant
                                 TOREY MOORE

**IT IS HEREBY ORDERED:**

1. A status conference in this matter is set for December 5, 2013, at 9:00 a.m.;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 5, 2013.

IT IS SO ORDERED.

Dated:  September 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT